UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL WADDELL,

        Plaintiff,

   v.

A. MINTON, et al.,

        Defendants.

Case No. 20-cv-01467-SI

**JUDGMENT**

This action is dismissed without prejudice because plaintiff failed to keep the court informed of his current address.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 20, 2020

_____
SUSAN ILLSTON
United States District Judge